# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0066
_____

R.E.P. and D.M.S.,

Appellants,

v.

FLORIDA DEPARTMENT OF LAW
ENFORCEMENT, and MARK
GLASS,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
James H. Peterson, III, Administrative Law Judge.

February 26, 2025

PER CURIAM.

AFFIRMED. *See Pretzer v. Swearingen,* 394 So. 3d 175, 192 (Fla. 1st DCA 2024) ("Because the relief authorized by section 790.33(3)(f)1. *is* the remedy in this case, Pretzer could bring an action under section 790.33(3)(f) in circuit court without exhausting any administrative remedies." (emphasis in original)).

OSTERHAUS, C.J., and RAY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eric J. Friday of Kingry & Friday, PLLC, Jacksonville, for Appellants.

James Uthmeier, Attorney General, Natalie A. Bielby Senior Assistant Attorney General, and James P. Waczewski, Senior Assistant Attorney General, Tallahassee, for Appellees.